**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEKSANDR MELENTYEV,

Plaintiff,

v.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al.,

Defendants.

Civil Action No. 8:17-cv-00306-RAL-MAP

**DEFENDANT CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4'S**
**NOTICE OF FILING AFFIDAVIT**

The undersigned, counsel of record for Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 4 ("Christiana Trust"), hereby gives notice of filing the following:

1. Affidavit Regarding Ownership by Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but as Trustee of ARLP Trust 4.

Respectfully submitted this 5th day of June, 2017

/s/ Zina Gabsi
W. Bard Brockman

Florida Bar No. 0868817
bard.brockman@bryancave.com
Zina Gabsi
Florida Bar No. 73789
zina.gabsi@bryancave.com
BRYAN CAVE LLP
200 South Biscayne Boulevard
Suite 400
Miami, FL 33131
Telephone: (786) 322-7500
Facsimile: (786) 322-7501

*Counsel for Defendant Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 4*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ALEKSANDR MELENTYEZ,<br><br>Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al.,<br><br>Defendants. | Civil Action No. 8:17-cv-00306-RAL-MAP |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **NOTICE OF FILING AFFIDAVIT** has been filed via the Courts CM/ECF system and served on the following counsel of record:

Michael A. Ziegler, Esq.
Kaelyn Steinkraus, Esq.
LAW OFFICE OF MICHAEL ZIEGLER, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
Email: mike@zieglerlawoffice.com
Kaelyn@zieglerlawoffice.com

Adam Diaz, Esq.
SHD LEGAL GROUP, P.A.
P.O. Box 11438
Fort Lauderdale, FL 33339
Email: adiaz@SHDlegalgroup.com

This 5th day of June, 2017

/s/ Zina Gabsi

BRYAN CAVE LLP
Email: zina.gabsi@bryancave.com
*Counsel for Defendant Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 4*