**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ALEKSANDR MELENTYEV,<br><br>Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al.,<br><br>Defendants. | Civil Action No. 8:17-cv-00306-RAL-MAP |

**AFFIDAVIT REGARDING OWNERSHIP BY CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4**

BEFORE ME, the undersigned authority, on this date appeared Michael Lubin, who, being of lawful age and after first being duly sworn under oath, deposes and says:

1. That I hold a position as Secretary at Altisource Residential, L.P. ("Altisource"), the Administrator and Attorney-in-Fact for CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4 ("Christiana Trust"). In this capacity I have personal knowledge of the facts and matters stated herein based on my review of the

business records as defined below, and I am authorized to execute this Affidavit on behalf of Altisource.

2. I have access to the records maintained by Altisource and I reviewed and relied upon these records in executing this Affidavit.
3. I am personally familiar with the account of Aleksandr Melentyev ("Plaintiff") as it pertains to this Affidavit and any information referenced in it.
4. The information in this Affidavit is taken from the business records of Altisource. I have personal knowledge of the procedure for creating and maintaining these records. Altisource's business records are: (a) made at or near the time of the events they reference; (b) made by or from information transmitted by persons with personal knowledge of the information in the business records; (c) kept in the course of regularly conducted business activities; and (d) it is the regular practice of Altisource to make and keep such business records.
5. I reviewed Altisource's business records referenced herein including but not limited to confidential purchase and sale agreements and correspondence related to same.
6. Christiana Trust served as the trustee for ARLP Trust 4.

7. On June 24, 2016, ARLP Trust 4 sold its rights to various mortgage loans to Truman 2016 SC6, LLC.

8. The mortgage loan that is the subject of this action was previously owned by ARLP Trust 4.

9. The mortgage loan that is the subject of this action was sold to Truman 2016 SC6, LLC on June 24, 2016.

ALTISOURCE RESIDENTIAL, LP

Name: Michael Lubin

______________________________

Its: Secretary______________________________

United States Virgin Islands
St Croix, St. Thomas and St. John

SWORN TO and SUBSCRIBED before me ______ this 25th day of May, 2017, by Michael Lubin, as a Secretary of Altisource Residential, LP, who is personally known to me or who has produced ______________________________ as identification, and who, under penalty of perjury, verifies that the foregoing Affidavit is true and correct.

WITNESS my hand and official seal this 25 day of May, 2017, in the County and State aforesaid.

______________________________
Signature of Notary Public

______________________________
Typed or Printed Name of Notary
My commission expires:

NOTARY PUBLIC MY. COMM. 11/20/19 EXPIRES ST. CROIX, USVI

SUSAN L. ANDERSON
Territory of the
U.S. VIRGIN ISLANDS
District of
ST. CROIX
Notary Public No. NP-133-15